IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA LYN JOHNSON,           ) | |
|                                                              ) | |
|          Plaintiff,                              ) | |
|                                                              ) | |
| v.                                                       ) | CIVIL ACTION NO. |
|                                                              ) | 06-0128-BH-M |
| EQUIFAX, INC., et al.,                   ) | |
|                                                              ) | |
|          Defendants.                       ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that Defendant's motion for summary judgment be and is hereby **GRANTED** and that **JUDGMENT** be entered in favor of the Defendant, Trans Union LLC, and against the Plaintiff, Brenda Lyn Johnson, the plaintiff to have and recover nothing of the defendant. Costs are taxed against the plaintiff.

**DONE** this 31st day of May, 2007.

                                                                                    s/ W. B. Hand
                                                                              SENIOR DISTRICT JUDGE